IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| KEVIN HAMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 04-2243-B/P |
| | ) | |
| LASIK VISION INSTITUTE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING PLAINTIFF'S FIRST MOTION TO AMEND COMPLAINT

Before the Court is plaintiff's First Motion to Amend Complaint, filed April 28, 2005 (Dkt #32). For good cause shown, and the defendant having no opposition thereto, plaintiff's First Motion to Amend Complaint is hereby GRANTED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/13/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02243 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Randy Songstad
DOWDEN SONGSTAD & WORLEY
6077 Primacy Parkway
Ste. 102
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT