M13682/46879

05 JUN 20 PM 2: 53

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KEVIN HAMMONS,

    Plaintiffs,

v.                                                Civil Action No. 04-2243-
BV

LASIK VISION INSTITUTE, INC.,
PEARLE VISION CENTER, INC.,
PEARLE VISION CENTER OF TENNESSEE, INC.,
And DAVID S. MURPHY, M.D.,

    Defendants.

---

## CONSENT ORDER ALLOWING THIRTY DAY EXTENSION FOR LASIK VISION INSTITUTE, LLC TO AN ANSWER TO THE AMENDED COMPLAINT

---

Come now the parties, by and through their counsel of record, and consent to the entry of an Order granting the Motion of the Defendant, Lasik Vision Institute, LLC, a thirty day extension to file an Answer to the Amended Complaint.

It is therefore ordered, adjudged and decreed that the Defendant, Lasik Vision Institute, LLC, shall be allowed an additional thirty days in which to file an Answer to the Amended Complaint.

JUDGE: _____

DATED: June 20, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05

(39)

APPROVED AS TO FORM:

*/s/ Randall Songstad* by permission EBA
Randall N. Songstad
Attorney for Plaintiff, Kevin Hammons


*/s/ Marty Phillips* by permission EBA
Marty Phillips
Attorney for Defendant, David S. Murphy, M.D.


*/s/ Elizabeth Collins*
Elizabeth T. Collins
Attorney for Defendant, Lasik Vision Institute, LLC


*/s/ Lee Chase* by permission EBA
Lee Chase
Attorney for Defendant, Pearle Vision Center


*/s/ Bruce McMullen* by permission EBA
Bruce McMullen
Attorney for Defendant, Pearle Vision Center of Tennessee

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02243 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Elizabeth L. Simpson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Randy Songstad
DOWDEN SONGSTAD & WORLEY
6077 Primacy Parkway
Ste. 102
Memphis, TN 38119

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT