IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 AUG 25 PM 4:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

KEVIN HAMMONS, )
)
Plaintiff, )
)
vs. ) Civil Action No.04cv2243-B/P
)
LASIK VISION INSTITUTE, LLC )
PEARLE VISION, INC., JAMES and )
TINA FLY, d/b/a PEARL VISION, )
DAVID S. MURPHY, M.D., and NIA )
KOA, OPTOMETRIST, )
)
Defendant. )

AMENDED RULE 16(b) SCHEDULING ORDER

It appearing to the Court that the parties have agreed upon dates for this Amended Scheduling Order, the following deadlines are hereby ordered:

**JOINING PARTIES**: September 30, 2005

**AMENDING PLEADINGS**: September 30, 2005

**INITIAL MOTIONS TO DISMISS**: October 31, 2005

**COMPLETING ALL DISCOVERY**: April 31, 2006

    (a) **DOCUMENT WRITTEN PRODUCTION**: November 30, 2005

    (b) **DEPOSITIONS**: April 28, 2006

    (c) **EXPERT WITNESS DISCLOSURE (Rule 26):**

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-26-05

(47)

(1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: October 15, 2005

(2) **DEADLINE FOR COMPLETING PLAINTIFF'S DEPOSITIONS**: January 15, 2006

(3) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: February 28, 2006

(4) **DEADLINE FOR COMPLETING DEFENDANT'S EXPERT DEPOSITIONS**: April 30, 2006

**PLAINTIFF'S DEADLINE FOR FILING DISPOSITIVE MOTIONS: April 15, 2006**

**DEFENDANT'S DEADLINE FOR FILING DISPOSITIVE MOTIONS: May 15, 2006**

The district judge will notify the parties of the new trial date.

IT IS SO ORDERED.

/s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: August 25, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02243 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Effie Vanzola Bean
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Elizabeth L. Atrutz
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Randy Songstad
DOWDEN SONGSTAD & WORLEY
6077 Primacy Parkway
Ste. 102
Memphis, TN 38119

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Bruce McMullen
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT